UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22962-CIV-SEITZ/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LILIA A. GOMEZ, and 1 TAX PREP, INC.,
f/k/a LILIA A. GOMEZ TAX PREP, INC.,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO CONTINUE

THIS MATTER is before the Court on the parties' Joint Motion to Continue [DE-49]. The parties ask the Court to continue the trial date in this case, scheduled for January 7, 2007, given that the parties are close to settlement of this dispute. Given that representation, it is hereby

ORDERED that

(1) The Joint Motion to Continue [DE-49] is GRANTED and the trial is RESCHEDULED to begin during the Court's two week trial calendar beginning **February 19, 2008**, with Calendar Call scheduled for **February 13, 2008** at 1:15 pm; and

(2) The parties shall notify the Court as soon as practicable if this case settles.

DONE AND ORDERED in Miami, Florida, this 21st day of December, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record